Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOON KIM,

              Plaintiff,

   v.

WELLS FARGO BANK N.A., et al.,

             Defendants.

Case No. 2:23-cv-01692-RAJ

ORDER DISMISSING DEFENDANT TRANSUNION LLC

    It having been reported to the Court on December 14, 2023, that the present cause has been settled between Plaintiff Joon Kim and Defendant TransUnion LLC,

    IT IS ORDERED that all claims between Plaintiff Joon Kim and Defendant TransUnion LLC are DISMISSED with prejudice and with each party bearing its own costs and attorneys' fees.  In the event settlement is not perfected, any party may move to reopen these claims, provided such motion is filed no later than **60 days** from the date of this Order.

    DATED this 19th day of December, 2023.

                                            *(signature)*
                                 The Honorable Richard A. Jones
                                 United States District Judge

ORDER DISMISSING
DEFENDANT TRANSUNION LLC – 1